**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| Phyllis J. Haney | :CHAPTER 11 |
| | :CASE NO: **18-22636-TPA** |
| ----------------------------------------------- | : |
| Debtors, | : 11 *U.S.C.* § 362(d) |
| _____: | : |
| | : |
| The Bank of New York Mellon FKA | : |
| The Bank of New York as Trustee for the | : |
| Benefit of the Certificateholders of the | : |
| CWABS, Inc. Asset-Backed Certificates, | : |
| Series 2006-SD4 | : |
| | : Date and Time of Hearing: 1/3/19 @ 9:30am |
| | : |
| Movant | : |
| v. | : |
| | : |
| Phyllis J. Haney | : Response Due: 12/27/18 |
| Debtor | : |
| | : |
| Respondent | : |
| ------------------------------------------------------: | |

**CERTIFICATE OF SERVICE OF MOTION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-SD4 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on December 10, 2018.

**SERVICE BY Notice of Electronic Filing:**

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(rol@lampllaw.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(*Norma.L.Hildenbrand@usdoj.gov*)*

**SERVICE BY First-Class Mail:**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. TRUSTEE**

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
**DEBTOR'S ATTORNEY**

Phyllis J. Haney
199 Blackhawk Road
Beaver Falls, PA 15010
**DEBTOR**

Phyllis J. Haney
1405 Eighth Ave.
Beaver, PA 15009
**DEBTOR**

Albert H. Bilotto
1405 Eighth Ave.
Beaver, PA 15009
**PARTY IN INTEREST**
**(Non-filing Co-Mortgagor)**

LIST OF THE UNSECURED CREDITORS
**SERVICE BY First-Class Mail:**

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TX 79998-1535

ATTORNEY ROBERT C. TOUREK
2559 BRANDT SCHOOL ROAD
HERITAGE CENTER, SUITE 202
WEXFORD, PA 15090-7621

BEAVER FALLS MUNICIPAL AUTHORITY
P.O. BOX 400
BEAVER FALLS, PA 15010

BRADYS RUN SANITARY AUTHORITY
2326 DARLINGCON ROAD
BEAVER FALLS, PA 15010

CAPTIAL ONE
PO BOX 71083
CHARLOTTE, NC  28272-1083

CHASE CARD SERVICES
P.O. BOX 1423
CHARLOTTE, NC 28201-1423

COLUMBIA GAS OF PENNSYLVANIA
P.O. BOX 117
COLUMBUS, OH 43216

COMCAST
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103

COTTRILL ARBUTINA
FOUR GATEWAY CENTER
SUITE 2200
444 LIBERTY AVENUE
PITTSBURGH, PA 15222

COTTRILL ARBUTINA
525 THIRD STREET
BEAVER, PA 15009

GC SERVICES LP – DEPT. STORE NATL. BANK
P.O. BOX 3855
HOUSTON, TX 77253

HUNTINGTON BANK
2552 DARLINGTON ROAD
BEAVER FALLS, PA 15010

INTERNAL REVENUE SERVICE
1000 LIBERTY AVENUE
PITTSBURGH, PA 15222

MACY'S
P.O. BOX 8113
MASON, OH 45040

PA DEPARTMENT OF REVENUE
P0 BOX 280432
HARRISBURG, PA 17128

PENNPOWER
PO BOX 16001
READING, PA 19612-6001

STRASSBURGER MCKENNA
   GUTNICK & GEISKY
FOUR GATEWAY CENTER
SUITE 2200
444 LIBERTY AVENUE
PITTSBURGH, PA 15222

SYNCHRONY BANK- JCPENNEY
P.O. BOX 965009
ORLANDO, FL 32896

SYNCHRONY BANK - BP VISA
P.O. BOX 965022
ORLANDO, FL 32896-5022

TEC ELECTRIC, INC.
366 STATE ROUTE 168
DARLINGTON, PA 16115

VERIZON WIRELESS
500 TECHNOLOGY DRIVE
SUITE 500
WELDON SPRING, MO 63304


EXECUTED ON:   December 10, 2018

                By:____/s/  Brian E. Caine___
                    Brian E. Caine, Esq.
                    bcaine@parkermccay.com
                    PA Attorney ID 86057
                    PARKER McCAY P.A.
                    9000 Midlantic Drive, Suite 300
                    Mount Laurel, New Jersey  08054
                    (p) 856-985-4059
                    (fax) 856-596-3427
                    *Attorney for Movant*