FILED
2/5/19 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PHYLLIS J. HANEY | : | Case No.  18-22636-TPA |
| | : | Chapter 11 |
| *Debtor(s)* | : | |
| | : | |
| FRYE TRANSPORTATION GROUP, INC. | : | Related to Doc No.  131 |
| | : | |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| PHYLLIS J. HANEY, THE BANK OF NEW YORK MELLON fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., INTERNAL REVENUE SERVICE, COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE and BEAVER COUNTY TAX CLAIM BUREAU | : | |
| | : | |
| *Respondent(s)* | : | Hearing: March 14, 2019 at 11:30 A.M. |

## **ORDER**

On February 1, 2019, Frye Transportation Group, Inc. filed a ***Motion to Approve its Purchase of 902 Western Avenue, Beaver, PA and 1405 8th Avenue, Beaver, PA Pursuant to the Terms of a Lease/Commercial Purchase Agreement Dated June 16, 2017 Free and Clear of all Liens and Encumbrances*** at Document No. 131 ("Motion")*.*  However, a review of the Court's Electronic Access to Sales Information ("EASI") system indicates that Frye Transportation Group, Inc. failed to advertise the sale, which is in violation of *W.PA.LBR 6004-1(c).* Therefore,

*AND NOW,* this *5th* day of *February, 2019*, for the foregoing reasons, it is hereby

*ORDERED*, *ADJUDGED and DECREED* that the *Motion* is *DISMISSED,* without prejudice to

refiling within seven (7) days consistent with *Local Rule 6004-1(c).*

.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
     J. Philip Colavincenzo, Esq.
     Debtor
     Robert O Lampl, Esq.