**Beaver County Legal Journal**
Beaver, Pennsylvania
Official Legal Publication of Beaver County

Beaver, Pa. February 18, 2019

State of Pennsylvania } ss:
County of Beaver

SUELLEN M. VERLIHAY of the BEAVER COUNTY LEGAL JOURNAL, of the County and State aforesaid being duly sworn, deposes and says that the BEAVER COUNTY LEGAL JOURNAL, official legal publication of Beaver County, published at 788 Turnpike Street, Borough of Beaver, County and State aforesaid, was established March 25, 1939, since which date the BEAVER COUNTY LEGAL JOURNAL has been regularly issued in said County, and that the printed notice of publication attached hereto is exactly the same as printed and published in the regular editions and issues of the said BEAVER COUNTY LEGAL JOURNAL on the following dates, viz:   16th day February of A.D. 2019.

Affiant further deposes that she is the agent of the BEAVER COUNTY LEGAL JOURNAL, the official legal publication of Beaver County, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice of advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_____
Beaver County Legal Journal

Sworn to and subscribed before me this
____ day of February, 20 19
Notary Public _____
My Commission Expires: _____

[Notary Seal: COMMONWEALTH OF PENNSYLVANIA, NOTARIAL SEAL, Mary Etta Sylvester, Notary Public, Beaver Boro, Beaver County, My Commission Expires July 12, 2020]

**STATEMENT OF ADVERTISING COSTS:**

J. Philip Colavincenzo, Esquire
255 College Avenue
Beaver, PA 15009

For publishing the notice attached hereto on the above
stated date(s) . . . . . . . . . . . . . . . . . . . . . $ 257.50
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 257.50

**PUBLISHER'S RECEIPT FOR ADVERTISING**
BEAVER COUNTY BAR ASSOCIATION, publisher of the BEAVER COUNTY LEGAL JOURNAL, official legal publication of Beaver County, hereby acknowledges receipt of the aforesaid notice and that the same have been duly paid.

BEAVER COUNTY LEGAL JOURNAL, Publisher

By _____
    of

**Copy of Notice of Publication**

IN THE UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF
PENNSYLVANIA

IN RE:
Phyllis J. Haney,
                    Debtor,

Frye Transportation Group, Inc.,
                    Movant,
v.

Phyllis J. Haney, Debtor; the Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-SD4; the Internal Revenue Service; the Commonwealth of Pennsylvania Department of Revenue; the Beaver County Tax Claim Bureau,
                    Respondents.
Bankruptcy No. 18-22636-TPA
Chapter 11
Document No. ____
Related to Document Nos. 28, 47, 84, 94, 137, 138 & 139
Hearing Date: 03/14/2019 @ 11:30 a.m.
Response Date: 02/25/2019

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FRYE TRANSPORTATION GROUP, INC. TO APPROVE ITS PURCHASE OF 902 WESTERN AVENUE, BEAVER, PA AND 1405 8TH AVENUE, BEAVER, PENNSYLVANIA PURSUANT TO THE TERMS OF A LEASE/COMMERCIAL PURCHASE AGREEMENT DATED JUNE 16, 2017 FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES**

To the Respondents, and all Creditors and Parties in interest of the above-named Debtors:

NOTICE IS HEREBY GIVEN THAT Movant, Frye Transportation Group, Inc., has filed a Motion to Sell Debtor's Properties Free and Clear of All Liens of the following properties:

902 Western Avenue, Brighton Township, Pennsylvania, Tax Parcel No. 55-032-0100.001
and
1405 8th Avenue, Brighton Township, Pennsylvania, Tax Parcel No. 55-032-0101.000

to: Frye Transportation Group, Inc., according to the terms set forth in the *MOTION OF FRYE TRANSPORTATION GROUP, INC. TO APPROVE ITS PURCHASE OF 902 WESTERN AVENUE, BEAVER, PA AND 1405 8TH AVENUE, BEAVER, PENNSYLVANIA PURSUANT TO THE TERMS OF A LEASE/COMMERCIAL PURCHASE AGREEMENT DATED JUNE 16, 2017 FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES.*

An Order has been issued setting deadlines for objections to the sale of property and for the date of the hearing on the sale. *On or before February 25, 2019*, any objections to the sale shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties. *A hearing is scheduled for March 14, 2019 at 11:30 a.m.* before Judge Thomas P. Agresti, in Court Room C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which times higher/better offers will be considered and objections to said sale will be heard.

Date of Notice: February 7, 2019
                /s/ J. Philip Colavincenzo
                J. Philip Colavincenzo
                255 College Avenue
                Beaver, PA 15009
                (724) 775-8550
                PA I.D. 17270
                jp.cola@verizon.net

Arrangements for inspection prior to said sale hearing may be made with:
J. Philip Colavincenzo, 255 College Avenue, Beaver PA 15009, (724) 775-8550, jp.cola@verizon.net

feb. 16