FILED
3/14/19 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PHYLLIS J. HANEY, | : | Case No. 18-22636-TPA |
| *Debtor*, | : | Chapter 11 |
| FRYE TRANSPORTATION | : | Related to Doc Nos. 137 |
| GROUP, INC., | : | |
| *Movant*, | : | |
| v. | : | |
| PHYLLIS J. HANEY ET. AL. | : | |
| *Respondents.* | : | |

## ORDER

AND NOW, this **14th** day of **March, 2019**, for the reasons stated at the hearing held this date on the ***Motion of Frye Transportation Group, Inc. to Approve its Purchase of 902 Western Avenue, Beaver, PA and 1405 8th Avenue, Beaver, Pennsylvania Pursuant to the Terms of a Lease/Commercial Purchase Agreement date June 16, 2017 Free and Clear of all Liens and Encumbrances*** (Doc. 137 )("Motion"), it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  The *Motion* (Doc. 137) is **DENIED** without prejudice.

(2)  ***On or before March 28, 2019,*** the Debtor shall file a ***Sale Motion*** as to the proposed sale of 902 Western Avenue, Beaver, PA and 1405 8th Avenue, Beaver, PA to Frye Transportation Group Inc.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
John Lacher, Esq.
Sy Lampl, Esq.
Robert Alsko, Esq.
J. Philip Colavincenzo
U.S. Trustee
Debtor