# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: § 
§  **CASE NO. 18-22636-TPA**
**PHYLLIS J. HANEY** §
**DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing, LLC as servicing agent for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee** | U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-WWF1 |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 20-1
Amount of Claim: $193,631.39
Date Claim Filed: 12/07/2018

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx0059**

Phone: (800) 274-7025
Last Four Digits of Acct.#: 1127

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing, LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx0059**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty         Date: 03/29/2019
    Transferee/Transferee's Agent

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 1, 2019 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Phyllis J. Haney
199 Blackhawk Road
Beaver Falls, PA 15010


**Debtors' Attorney**
Robert O. Lampl
Robert O Lampl Law Office
Benedum Trees Building, 223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222

                                              Respectfully Submitted,

                                              /s/ John J. Rafferty
                                              John J. Rafferty