IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-22636-TPA |
|    PHYLLIS J. HANEY | : | |
|       Debtor | : | |
| ***************************** | : | Chapter 11 |
| Frye Transportation Group, Inc. | : | |
|       Movant | : | Document No. 211 |
|    -vs- | : | |
| | : | Related to Doc. 180, 162 |
| Phyllis J. Haney, Debtor; the Bank of New York | : | |
| Mellon FKA The Bank of New York as Trustee | : | Hearing Date/Time |
| for the Benefit of the Certificateholders of the | : | 5/30/2019 at 11:30am |
| CWABS, Inc. Asset-Backed Certificates, Series | : | |
| 2006-SD4; the Internal Revenue Service; the | : | |
| Commonwealth of Pennsylvania Department of | : | |
| Revenue; the Beaver County Tax Claim Bureau, | : | |
|       Respondents | : | |

**Exhibit**

AND NOW, comes Beaver County Tax Claim Bureau, Respondent, by and through counsel, Robert J. Taylor and TAYLOR & ALSKO and respectfully files the following Exhibit regarding the Motion to Sell Property free and clear of all liens and encumbrances (Doc. 162) averring as follows:

Pursuant to Judge Agresti's Procedures (A)(1) re: FILING OF EXHIBITS

Tax Lien Certificate for Parcel 55-032-0100.001-01-1   $14,897.67 (Attached – Exhibit A)
Tax Lien Certificate for Parcel 55-032-0101-000-01-1   $0.00         (Attached – Exhibit A)

The Amount is subject to change, inclusive of interest accrual and any costs relative to the Real Estate Tax Sale Law.  Buyer and Sell should inquire as to the date of the lien when a date of closing is ascertained and certain.

WHEREFORE, the Respondent respectfully requests that any ORDER approving the sale of 902 Western Avenue, Brighton Township, Beaver County, Pennsylvania, Tax Parcel No. 55-032-0100.001 require full payment, inclusive of all costs and interest payable until said parcel is subject to a real estate closing.

Dated: May 29, 2019

        By: /s/ Robert J. Taylor
           Robert J. Taylor, Esq.
           TAYLOR & ALSKO
           337 Merchant Street
           Ambridge, PA 15003
           Phone: 724-266-2370
           Fax: 724-266-6650
           Email: rjt52@hotmail.com
           PA ID 05268

        By: /s/ Robert Alsko
           Robert Alsko, Esq.
           TAYLOR & ALSKO
           337 Merchant Street
           Ambridge, PA 15003
           Phone: 724-266-2370
           Fax: 724-266-6650
           Email: barristerob@gmail.com
           PA ID 204049

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-22636-TPA |
|     PHYLLIS J. HANEY | : | |
|         Debtor | : | |
| ************************************** | : | Chapter 11 |
| Frye Transportation Group, Inc. | : | |
|         Movant | : | |
|     -vs- | : | |
| | : | Related to Doc. 211 |
| Phyllis J. Haney, Debtor; the Bank of New York | : | |
| Mellon FKA The Bank of New York as Trustee | : | Hearing Date/Time |
| for the Benefit of the Certificateholders of the | : | 5/30/2019 at 11:30am |
| CWABS, Inc. Asset-Backed Certificates, Series | : | |
| 2006-SD4; the Internal Revenue Service; the | : | |
| Commonwealth of Pennsylvania Department of | : | |
| Revenue; the Beaver County Tax Claim Bureau, | : | |
|         Respondents | : | |

CERTIFICATE OF SERVICE

    I, Robert J. Taylor, Esq. hereby certify that on the 29th day of May, 2019, I am at least 18 years of age and that I served a true and correct copy of the Response filed at (Doc. 211) as well as all exhibits on the following parties:

J. Philip Colavincenzo, Esq.  
255 College Avenue  
Beaver, PA 15009

Phyllis J. Haney  
199 Blackhawk Road  
Beaver Falls, PA 15010

Robert O. Lampl  
Benedum Trees Building  
223 Fourth Avenue, 4th Floor  
Pittsburgh, PA 15222

Norma J. Hildenbrand, Esq.  
Office of the United States Trustee  
Suite 970 Liberty Center  
Pittsburgh, PA 15222

Beaver County Tax Claim Bureau  
Attn: Kevin J. McIlwain  
810 Third Street Courthouse  
Beaver, PA 15009

Office of the County Solicitor  
Attn: Solicitor  
810 Third Street Courthouse  
Beaver, PA 15009

The type of service effectuated was Regular US Mail, Postage Pre-Paid.

Date Executed: <u>May 29, 2019</u>

                           By:    <u>/s/ Robert J. Taylor</u>
                                    Robert J. Taylor, Esq.
                                    TAYLOR & ALSKO
                                    337 Merchant Street
                                    Ambridge, PA 15003
                                    Phone: 724-266-2370
                                    Fax: 724-266-6650
                                    Email: rjt52@hotmail.com
                                    PA ID 05268