Case 18-22636-TPA    Doc 215    Filed 05/30/19    Entered 05/31/19 09:44:40    Desc Main
Document    Page 1 of 2

FILED
5/30/19 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-22636-TPA |
| Phyllis J. Haney | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 5/30/2019 |
| | : | Time: | 11:30 |

**PROCEEDING MEMO**

**MATTER:**   #162 Motion to Sell two (2) Parcels (Debtor)
  #180 Resp. by Beaver Cnty TCB
  *(Posted on EASI on 4/1/19)*

**APPEARANCES:**

  Debtor: John Lacher, Sy Lampl
  Beaver Cnty TCB: Robert Alsko
  Deutsche Bank: Jodi Hause
  Frye Transportation: Philip Colavincenzo

**NOTES:**

Lacher: This is a prepetition right of the lessor to purchase the property. We did receive one objection filed around midnight last evening by Deutsche Bank. The purchase price was originally $234,000 but they have received credits and now it is $107,000. We have spoken to Ms. Hause and I believe the purchaser will kick in a little extra number to get her to be paid in full. We have timely advertised.

Court: Consent Order to be filed by the Parties within thirty days will be the sale order issued.

Hause: There is some confusion here with the purchase price. The only distribution made at closing is the additional amount of $120,000. Our mortgage was about $93,000 at the time of filing.

***OUTCOME:***    GRANTED subject to objection by Deutsche Bank / Chambers to enter order requiring Consent Order or Report by Mr. Lacher as to the status of the matter in thirty days.

*[signature]*
vas