## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Phyllis J. Haney

<u>Debtor(s)</u>

CHAPTER 11

BKY. NO. 18-22636 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Park Place Securities, Inc., Asset-Backed Pass-through Certificates, Sries 2004-WWF1, U.S. Bank National Association, as Trustee, successor in interet to Wachovia Bank, N.A., as Trustee and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com