IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PHYLLIS J. HANEY,   Bankruptcy No. 18-22636-TPA

   Debtor.   Chapter 11

   Document No.

MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD JULY 1 – JULY 31, 2019

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Haney, Phyllis J.

Case No. 18-22636-TPA

Reporting Period: 7-31-19

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | ✓ |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | ✓ | ✓ |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | ✓ |
| Copies of tax returns filed during reporting period | | NA | NA |
| Summary of Unpaid Postpetition Debts | MOR-4 | NA | NA |
| Debtor Questionnaire | MOR-5 | ✓ | ✓ |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Phyllis F Haney Estate_
_Dawnlyn Valli, Executrix_
Signature of Debtor

8-19-19
Date

_NA_
Signature of Joint Debtor

8-19-19
Date

_Donna J Campbell_
Signature of Preparer

8-19-19
Date

DONNA J CAMPBELL
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| INDIVIDUAL DEBTOR RECEIPTS & DISBURSEMENTS | MAY<br>MAY MONTH ACTUAL | JUN<br>JUN MONTH ACTUAL |
|---|---|---|
| Cash Beginnning of Month JUL | $ 10,736.28 | $ 15,215.36 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Cash on Hand and Account Transfers | | |
| Social Security and Pension Income | | |
| Utility Security Deposit Refund & Health Ins Refund | | |
| Other  Canfield Fair Trailer Lot Reimburse | $ 6,117.17 | $ 240.00 |
| Rent | $ 8,749.00 | $ 1,300.00 |
| Life Insurance Beneficiary (Metropolitan | | |
| **Total Receipts** | $ 14,866.17 | $ 1,540.00 |
| Sale of Livestock | | |
| **TOTAL** | $ 25,602.45 | $ 16,755.36 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payments | $ 1,000.00 | |
| Rental Payments | | |
| Other Secured Note Payments | | |
| Utilities | $ 2,012.82 | $ 1,152.15 |
| Insurance (Property & Vehicle) | $ 122.15 | $ 117.15 |
| Auto Expense  (Car Pymt, Parts ) | $ 985.39 | $ 200.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs & Maintenance (Bldg & Grnds Estate Cleanup) | $ 3,989.90 | $ 4,900.50 |
| Medical Expenses | | |
| Household Expenses | | |
| Rental Expenses | | $ 254.37 |
| Miscellaneous | | $ 240.00 |
| Alimony-Child Support Payments | | |
| Taxes-Real Estate | | |
| Taxes-Inheritance  File #04-19-00094 | | |
| Caregivers | | |
| Accounting Fees | $ 450.00 | |
| Office Supplies (Postage) | | |
| Bank and check fees | $ 1.75 | |
| TRANSFER BETWEEN ACCOUNTS | | |
| Other ( Farm and Livestock) | $ 784.50 | $ 572.55 |
| | | |
| **Total Ordinary Disbursements** | $ 9,346.51 | $ 7,436.72 |
| **Total** | $ 9,346.51 | $ 7,436.72 |
| | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees (Magistrate for Evictions) | $ 391.30 | |
| U S Trustee Fees | $ 649.28 | |
| Other ReorganizationExpenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | $ 10,387.09 | $ 7,436.72 |
| | | |
| **Net Cash Flow (Total Receipts- Total Disbursements)** | $ 15,215.36 | $ 9,318.64 |
| | | $ 0.01 |
| **Cash - End of Month (Must Equal Bank Statement)** | $ 15,216.36 | $ 9,318.65 |

Haney, Phyllis J.

Debtor

Case No. 18-22636-TPA

Reporting Period: 7-31-19

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income  see attached | | |
| | | |
| Other Taxes | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| Other Reorganization Expenses | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| FIRST NATL | Date | Deposit TTL | SS Income | Rental Income | Other | 7/31/2019 |
|---|---|---|---|---|---|---|
| Marshall Rent | | | | | | Case #18-22636-TPA |
| | 7/9/2019 | $ 850.00 | | $ 850.00 | $ - | |
| | | $ - | | $ - | | |
| | | $ - | | $ - | $ - | |
| | | $ - | | $ - | $ - | |
| | | $ - | | $ - | | |
| | | $ - | | $ - | | |
| | | $ - | | $ - | | |
| | | $ - | | $ - | $ - | |
| | | $ 850.00 | $ - | $ 850.00 | $ - | $ 850.00 ok |

| JUL 2019 DISBURSEMENTS | | | | | | | | | | | | | | | | | | 7/31/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Check No | Date | Amount | Description | Mortgage | Rent Exp | Taxes | Car | Utilities | Insurance | Cable | Telephone | Groceries Household | Medical | Farm | Office Supp | Check Chg | Bld & Grnds | CASH ON HA | MISC | Case #18-22636-TPA |
| FIRST NATIONAL ESTATE | | | | | | | | | | | | | | | | | | | | |
| Columbia Gas | EPAY | 7/2/2019 | 672.75 | Kitch Street Farm | | | | | $ 672.75 | | | | | | | | | | | |
| Columbia Gas | EPAY | 7/2/2019 | 25.95 | 199 Main House | | | | | $ 25.95 | | | | | | | | | | | |
| Penn Power | EPAY | 7/10/2019 | 28.38 | Shop & Barn | | | | | $ 28.38 | | | | | | | | | | | |
| Penn Power | EPAY | 7/10/2019 | 98.21 | Bunkhouse | | | | | $ 98.21 | | | | | | | | | | | |
| Penn Power | EPAY | 7/10/2019 | 22.55 | 199 Garage | | | | | $ 22.55 | | | | | | | | | | | |
| Penn Power | EPAY | 7/10/2019 | 109.32 | 199 Main House | | | | | $ 109.32 | | | | | | | | | | | |
| Penn Power | EPAY | 7/10/2019 | 159.96 | On Acct 595 | | | | | $ 159.96 | | | | | | | | | | | |
| Progressive Insurance | EPAY | 7/10/2019 | 142.20 | GMC Acadia | | | | $ 142.20 | | | | | | | | | | | | |
| Dawmlyn Valli | EPAY | 7/10/2019 | 252.31 | Vet Emergency Call | | | | | | | | | | | $ 252.31 | | | | | |
| SPS | 1043 | 7/19/2019 | 2,003.79 | Adequate Protection Pymt | $ 2,003.79 | | | | | | | | | | | | | | | |
| Home Depot | 1051 | 7/19/2019 | 49.50 | Locks and Knobs McCaughtry Rental | | $ 49.50 | | | | | | | | | | | | | | |
| Home Depot | 1052 | 7/19/2019 | 96.09 | Driveway Repair 199 Main House | | | | | | | | | | | | | | $ 96.09 | | |
| Home Depot | 1053 | 7/15/2019 | 492.01 | Gutters and Downspouts 199 Main House 191 Shop | | | | | | | | | | | | | | $ 492.01 | | |
| BFNA | 1054 | 7/24/2019 | 276.43 | All properties | | | | | $ 276.43 | | | | | | | | | | | |
| Karen Vandling | EPAY | 7/24/2019 | 162.00 | Yard Work | | | | | | | | | | | | | | $ 162.00 | | |
| Wright Automotive | 1042 | 7/8/2019 | 1,017.67 | GMC Acadia Repairs | | | | $ 1,017.67 | | | | | | | | | | | | |
| Harland Check Order | 1055 | 7/3/2019 | 25.85 | | | | | | | | | | | | | $ 25.85 | | | | |
| 1ST NATIONAL ESTATE ACCOUNT | | | $ 5,634.97 | | $ 2,003.79 | $ 49.50 | $ - | $ 1,159.87 | $ 1,393.55 | $ - | $ - | $ - | $ - | $ - | $ 252.31 | $ 25.85 | $ - | $ 750.10 | $ - | $ 5,634.97 |
| 1ST NATIONAL DIP | | | | | | | | | | | | | | | | | | | | $ - |
| NO ACTIVITY JUL 2019 | | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| FIRST NATIONAL | | | | | | | | | | | | | | | | | | | | |
| NO ACTIVITY JUL 2019 | | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| FIRST NATIONAL | | | | | | | | | | | | | | | | | | | | |
| NO ACTIVITY JUL 2019 | | | | | Transfer | Rent Exp | Taxes | Car | Utilities | Insurance | Cable | Telephone | Groceries | Medical | Farm | Office Supp | Check Chg | Bld & Grnds | CASH ON HA | Misc |

| JUL ACCOUNTS PAYABLE | | | | | | 7-31-19 Case #18-22636-TPA |
|---|---|---|---|---|---|---|
| Account | | JUL DUE | | AMT PAID | CK NO | PROPERTY DESCRIPTION |
| COLUMBIA GAS | $ | 672.75 | $ | 672.75 | EPAY | 005 |
| COLUMBIA GAS | $ | 25.95 | $ | 25.95 | EPAY | 006 |
| PENN POWER | $ | 22.55 | $ | 22.55 | EPAY | 502 |
| PENN POWER | $ | 98.21 | $ | 98.21 | EPAY | 734 |
| PENN POWER | $ | 28.38 | $ | 28.38 | EPAY | 858 |
| PENN POWER | $ | 109.32 | $ | 109.32 | EPAY | 441 replaced 931 |
| PENN POWER | $ | 159.96 | $ | 159.96 | EPAY | ON ACCT 595 |
| PROGRESSIVE INSURANCE | $ | 142.20 | $ | 142.20 | EPAY | CHEVY ACADIA |
| BEAVER FALLS WATER | $ | 276.43 | $ | 276.43 | EPAY | ALL PROPERTIES |
| | | | $ | - | | |
| | | | $ | - | | |
| | | | $ | - | | |
| | $ | 1,535.75 | $ | 1,535.75 | | |

| BANK & CASH RECONCILIATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JUL 2019 | | | | | | | | |
| CURRENT STATEMENT BALANCE | | FNB ESTATE | | FNB | | FNB | | FNB |
| CURRENT STATEMENT BALANCE | | $ | 4,410.82 | $ | 573.32 | $ | 164.05 | $ | 58.24 |
| ADD DEPOSITS NOT CREDITED | | $ | - | $ | - | $ | - | $ | - |
| SUBTRACT OUTSTANDING CHECKS | | $ | (672.75) | $ | - | $ | - | $ | - |
| EPAY COLUMBIA GAS | $ 672.75 | | | | | | | |
| | $ 672.75 | | | | | | | |
| | | $ | 3,738.07 | $ | 573.32 | $ | 164.05 | $ | 58.24 |
| | | | OK | | OK | | OK | | OK |
| ENDING BALANCES 7-31-19 | | | | | | | | $ 4,533.68 |

| 2019 | FNB ESTATE | FNB DIP | FNB | FNB | 7-31-19 Case #18-22636-TPA |
|---|---|---|---|---|---|
| **JUL** | | | | | |
| Beginning Checking Balance | $8,523.04 | $ 573.32 | $ 164.05 | $ 58.24 | $9,318.65 |
| Deposits | $ 850.00 | $   - | $   - | $   - | $850.00 |
| Disbursements | $ (5,634.97) | $   - | $   - | $   - | -$5,634.97 |
| Current checking Balance | $ 3,738.07 | $ 573.32 | $ 164.05 | $ 58.24 | $4,533.68 |

| JUL MONTH ACTUAL | Cumulative to Date Actual |
|---|---|
| $ 8,523.04 | $ 64,979.19 |
|  | $ - |
|  | $ - |
|  | $ 31.66 |
|  | $ 3,641.78 |
|  | $ 8,033.30 |
|  | $ 6,668.09 |
|  | $ 16,357.17 |
| $ 850.00 | $ 86,807.98 |
|  | $ 2,671.19 |
| $ 850.00 | $ 124,211.17 |
|  | $ 1,166.55 |
| $ 9,373.04 | $ 186,483.63 |
|  | $ - |
|  | $ - |
| $ 2,003.79 | $ 6,003.79 |
|  | $ - |
|  | $ - |
| $ 1,393.55 | $ 33,307.17 |
| $ 142.20 | $ 5,569.03 |
| $ 1,017.67 | $ 6,030.35 |
|  | $ - |
|  | $ - |
| $ 750.10 | $ 12,648.00 |
|  | $ 6,208.86 |
|  | $ 5,919.87 |
| $ 49.50 | $ 2,750.85 |
|  | $ 632.04 |
|  | $ - |
|  | $ - |
|  | $ 2,340.84 |
|  | $ 15,391.62 |
|  | $ 1,825.00 |
| $ 25.85 | $ 453.34 |
|  | $ 558.59 |
|  | $ 3,306.63 |
| $ 252.31 | $ 10,420.08 |
|  | $ 223.07 |
| $ 5,634.97 | $ 99,006.84 |
| $ 5,634.97 | $ 106,921.76 |
|  | $ - |
|  | $ 5,391.30 |
|  | $ 2,275.00 |
|  | $ - |
|  | $ 6,625.72 |
| $ 5,634.97 | $ 121,255.43 |
|  | $ - |
| $ 3,738.07 | $ 69,101.48 |
|  | $ (5.69) |
| $ 3,738.07 | $ 69,090.67 |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

PHYLLIS F HANEY ESTATE
DAWNLYN VALLI EXECUTRIX
113 ALLISON DR
ELLWOOD CITY PA 16117-4951

**Statement Ending 07/31/2019**

PHYLLIS F HANEY ESTATE                    Page 1 of 4
Primary Account Number:

**Managing Your Accounts**

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| ESTATE MANAGEMENT | -- | $4,410.82 |

## ESTATE MANAGEMENT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2019 | Balance Last Statement | $9,101.04 |
| | 1 Credit(s) This Period | $850.00 |
| | 19 Debit(s) This Period | $5,540.22 |
| 07/31/2019 | Balance This Statement | $4,410.82 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | | | $9,101.04 |
| 07/02/2019 | CHECK # 1040 | $200.00 | | $8,901.04 |
| 07/03/2019 | CHECK # 1041 | $378.00 | | $8,523.04 |
| 07/03/2019 | HARLAND CLARKE CHK ORDERS | $25.85 | | $8,497.19 |
| 07/05/2019 | BILLPAY-COLGASPA UTIL-PMNT | $24.20 | | $8,472.99 |
| 07/05/2019 | PMNTUS SVC FEE SERVICEFEE | $1.75 | | $8,471.24 |
| 07/10/2019 | DEPOSIT | | $850.00 | $9,321.24 |
| 07/10/2019 | CHECK # 1042 | $162.00 | | $9,159.24 |
| 07/11/2019 | CHECK # 1043 | $252.31 | | $8,906.93 |
| 07/12/2019 | FIRSTENERGY OPCO FE ECHECK | $159.96 | | $8,746.97 |
| 07/12/2019 | PROG SPECIALTY INS PREM POL | $142.20 | | $8,604.77 |
| 07/12/2019 | FIRSTENERGY OPCO FE ECHECK | $109.32 | | $8,495.45 |
| 07/12/2019 | FIRSTENERGY OPCO FE ECHECK | $98.21 | | $8,397.24 |
| 07/12/2019 | FIRSTENERGY OPCO FE ECHECK | $28.38 | | $8,368.86 |
| 07/12/2019 | FIRSTENERGY OPCO FE ECHECK | $22.55 | | $8,346.31 |
| 07/15/2019 | HOME DEPOT 4148 PURCHASE | $49.50 | | $8,296.81 |
| 07/16/2019 | SP Servicing MRTG PMT | $2,003.79 | | $6,293.02 |
| 07/16/2019 | HOME DEPOT 4148 PURCHASE 1053 BEAVPA | $96.09 | | $6,196.93 |
| 07/17/2019 | HOME DEPOT 4148 PURCHASE 1054 BEAVPA | $492.01 | | $5,704.92 |
| 07/25/2019 | BEAVER FALLS Beaver Fal 0M | $276.43 | | $5,428.49 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

 **First National Bank**

4140 E. State Street
Hermitage, PA 16148

*Statement Ending 07/31/2019*
*PHYLLIS F HANEY ESTATE*  *Page 3 of 4*
*Primary Account Number:*

## ESTATE MANAGEMENT

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/29/2019 | CHECK # 1055 | $1,017.67 | | $4,410.82 |
| 07/31/2019 | Balance This Statement | | | $4,410.82 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1040 | 07/02/2019 | $200.00 | 1042 | 07/10/2019 | $162.00 | 1055* | 07/29/2019 | $1,017.67 |
| 1041 | 07/03/2019 | $378.00 | 1043 | 07/11/2019 | $252.31 | | | |

* indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/02/2019 | $8,901.04 | 07/11/2019 | $8,906.93 | 07/17/2019 | $5,704.92 |
| 07/03/2019 | $8,497.19 | 07/12/2019 | $8,346.31 | 07/25/2019 | $5,428.49 |
| 07/05/2019 | $8,471.24 | 07/15/2019 | $8,296.81 | 07/29/2019 | $4,410.82 |
| 07/10/2019 | $9,159.24 | 07/16/2019 | $6,196.93 | | |



# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

P FERGUSON TRANSPORTATION CO I
DONNA CAMPBELL
199 BLACKHAWK RD
BEAVER FALLS PA 15010-1292

**Statement Ending 07/31/2019**

P FERGUSON TRANSPORTATION        Page 1 of 2
*Primary Account Number:*

### Managing Your Accounts

| | | |
|---|---|---|
| Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $164.05 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | $164.05 | Minimum Balance | $164.05 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $164.05 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $164.05 |
| 07/31/2019 | Balance This Statement | $164.05 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | | | $164.05 |
| | No activity this statement period | | | |
| 07/31/2019 | Balance This Statement | | | $164.05 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts


# First National Bank

4140 E. State Street
Hermitage, PA 16148

**Statement Ending 07/31/2019**

PHYLLIS F HANEY
Primary Account Number:

Page 1 of 2

ADDRESS SERVICE REQUESTED

PHYLLIS F HANEY
199 BLACKHAWK RD
BEAVER FALLS PA 15010-1292

**Managing Your Accounts**

- Online — www.fnb-online.com
- By Phone — 1 800-555-5455
- By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| MYSTYLE CHECKING | | $573.32 |

## MYSTYLE CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | $573.32 | Minimum Balance | $573.32 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $573.32 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $573.32 |
| 07/31/2019 | Balance This Statement | $573.32 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/29/2019 | Balance Last Statement | | | $573.32 |
| | No activity this statement period | | | |
| 07/31/2019 | Balance This Statement | | | $573.32 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:
- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

Haney, Phyllis J.                                            Case No. 18-22636-TPA
      Debtor                                      Reporting Period: 7-31-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| NA | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | See attached | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                          FORM MOR-4
                                                                                                              (9/99)

Haney, Phyllis J.

Debtor

Case No. **18-22636-TPA**

Reporting Period: _7-31-19_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | See attached |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

_No Changes since last month_

FORM MOR-5
(9/99)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PHYLLIS J. HANEY,                          Bankruptcy No. 18-22636-TPA

       Debtor.                          Chapter 11

                                       Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 20th day of August, 2019, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: August 20, 2019

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com