**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **PHYLLIS J. HANEY,** | Bankruptcy No. 18-22636-TPA |
| Debtor. | Chapter 11 |
| **PHYLLIS J. HANEY,** | Document No. |
| Movant, | Related to Doc. No. 262, 264 |
| vs. | |
| **STRASSBURGER, MCKENNA, GUTNICK and GEFSKY; BRADY'S RUN SANITARY AUTHORITY; INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE; BEAVER COUNTY TAX CLAIM BUREAU,** | Hearing Date and Time: October 3, 2019 at 11:30 a.m. |
| **Respondents.** | |

**NOTICE OF SALE REGARDING MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

To the creditors and parties in interest of the above named Debtor:

**NOTICE IS HEREBY GIVEN THAT** Phyllis J. Haney, Debtor has filed a Motion for Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances for the following property:

- 188 Blackhawk Road, County of Beaver, Chippewa Twp., Beaver Falls, PA 15010 at Beaver County Tax I.D. #70-015-0202.000

**REAL PROPERTIES SITUATE AT** 188 Blackhawk Road, County of Beaver, Chippewa Twp., Beaver Falls, PA 15010 at Beaver County Tax I.D. #70-015-0202.000 to Jerry E. and Wendy Drolz, 451 Marion Avenue, Springdale, PA 15144 ("Buyers") for the purchase price of $25,000.00. The terms are set forth in the Motion for Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances filed in the above-referenced Bankruptcy Case at Document No. 262.

On or before **September 17, 2019**, any Objections to the sale shall be filed with the U.S. Bankruptcy Court 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with a copy served on all interested parties.

      A hearing is scheduled for **October 3, 2019 at 11:30 a.m.** before Judge Thomas P. Agresti in: *(Courtroom "C", 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA)* at which time higher/better offers will be considered and Objections to the sale will be heard.

| | |
|---|---|
| Date of Notice: <u>August 29, 2019</u> | <u>*/s/ Robert O Lampl*</u><br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>SY O. LAMPL<br>PA I.D. #324741<br>Counsel for the Debtor<br>223 Fourth Avenue, 4th Fl.<br>Pittsburgh, PA  15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email:  rlampl@lampllaw.com |

**Arrangements for inspection prior to said sale hearing may be made with:**

Robert O Lampl Law Office
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com