FILED
8/30/19 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| PHYLLIS J. HANEY | : Case No. 18-22636-TPA |
| *Debtor* | : Chapter 11 |
| | : |
| PHYLLIS J. HANEY | : Related to Doc No. 262 |
| *Movant* | : |
| | : |
| v. | : |
| | : |
| STRASSBURGER, MCKENNA, GUTNICK and GEFSKY; BRADY'S RUN SANITARY AUTHORITY; INTERNAL REVENUE SERVICE; COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE; BEAVER COUNTY TAX CLAIM BUREAU | : |
| *Respondents* | : |

## ORDER

On August 29, 2019, the Debtor filed a ***Motion for Sale of Real Property Free and Clear of All Liens, Claims and Encumbrances*** at Document No. 262 ("Motion"). However, a review of the Court's Electronic Access to Sales Information ("EASI") system indicates that the Debtor failed to advertise the sale, which is in violation of *W.PA.LBR 6004-1(c)*. Therefore,

*AND NOW*, this **30th** day of ***August, 2019***, for the foregoing reasons, it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion* is **DISMISSED,** without prejudice to refiling within seven (7) days consistent with *Local Rule 6004-1(c)*.

Case administrator to serve:
   Debtor
   Counsel for Debtor

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-22636-TPA
Phyllis J. Haney                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin             Page 1 of 1           Date Rcvd: Aug 30, 2019
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db             +Phyllis J. Haney,   199 Blackhawk Road,   Beaver Falls, PA 15010-1292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
      Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
       bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com
      J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.
       colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
      J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority
       colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
      James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through
       Certificates, et al... bkgroup@kmllawgroup.com
      Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,
       aah@muslaw.com;muslawpitt@yahoo.com
      Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
       IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
       PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com
      Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al
       jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.
       jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
       INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
       PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com, pawb@fedphe.com
      Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
       barristerob@gmail.com
      Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,
       jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
       com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
       lampllaw.co
                                                                                                 TOTAL: 14