FILED
9/4/19 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PHYLLIS J. HANEY,                                         **Bankruptcy No.  18-22636-TPA**

       **Debtor.**

PHYLLIS J. HANEY,                                         **Chapter 11**

       **Movant,**                                        **Document No.**

     **vs.**                                               **Related to Doc. Nos. 262, 270, 272**

STRASSBURGER, MCKENNA,                          **Hearing Date and Time: October 3,
GUTNICK and GEFSKY; BRADY'S                    2019 at 11:30 a.m.**
RUN SANITARY AUTHORITY;
INTERNAL REVENUE SERVICE;
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE; BEAVER
COUNTY TAX CLAIM BUREAU,

       **Respondents.**

**<u>ORDER OF COURT</u>**

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** pursuant to Debtor's

Motion for Reconsideration**,** this Court's Order dated August 30, 2019, dismissing

the Motion for Sale, be, and hereby is, **VACATED**.  The Motion for Sale of Real

Property Fee and Clear of all Liens, Claims and Encumbrances filed at Document No.

262 will proceed in the normal course.

Dated:  September 4, 2019

_____
Thomas P. Agresti    vas
United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22636-TPA
Phyllis J. Haney                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin              Page 1 of 1              Date Rcvd: Sep 04, 2019
                                Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db              +Phyllis J. Haney,   199 Blackhawk Road,   Beaver Falls, PA 15010-1292


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com
          J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.
           colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
          J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority
           colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
          James  Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through
           Certificates, et al... bkgroup@kmllawgroup.com
          Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,
           aah@muslaw.com;muslawpitt@yahoo.com
          Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
           PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
           INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
           PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
           barristerob@gmail.com
          Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
           lampllaw.co
                                                                                  TOTAL: 14