Case 18-22636-TPA    Doc 278    Filed 09/12/19    Entered 09/12/19 16:58:52    Desc Main
                    Document      Page 1 of 1

FILED
9/12/19 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22636-TPA |
| Phyllis J. Haney | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 9/12/2019 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**      #251 Obj. to Claim of Myers Equipment Corporation (Claim No. 24) (Debtor)
                              #261 Resp. by Myers Equipment Corp.

**APPEARANCES:**
    Debtor:              John Lacher, Sy Lampl
    Myers Equip.:    Jason Yarbrough

**NOTES:**

Lacher:    The Debtor used to run an entity which no longer operates. The debt at issue arises out of an alleged guaranty of business debt. The claim is in the amount of $549,000. We believe payments were made sporadically. We assert a lot of these payments were credited to things that had expired due to the statute of limitations. Myers adamantly disagrees with this. We are not sure the Debtor guaranteed anything. There are tortious interference matters where we think we might have an offset. We have tried to negotiate a number, but we are not there yet.

Yarbrough:    We think it makes sense to stay the claims litigation and see if a sale materializes.

**OUTCOME:**    Continued to October 3, 2019 at 11:00 A.M. Chambers to issue order.

*[signature]*
vas