FILED
9/12/19 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PHYLLIS J. HANEY, | : | Case No. 18-22636-TPA |
| *Debtor*, | : | Chapter 11 |
| | : | Related to Doc Nos. 251, 261 |
| | : | Hearing: Oct. 3, 2019 at 11:00 A.M. |

## ORDER

*AND NOW*, this *12th* day of *September, 2019*, for the reasons stated at the hearing held this date on the *Objection to Claim No. 24 of Myers Equipment Corporation* (Doc. 251) and based upon the agreement of the Parties, it is hereby **ORDERED, ADJUDGED and DECREED** that the hearing on the *Objection to Claim No. 24 of Myers Equipment Corporation* (Doc. 251) is *continued* to *October 3, 2019* at *11:00 A.M.* in Courtroom "C," U.S. Steel Tower, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    John Lacher, Esq.
    Jason Yarbrough, Esq.
    U.S. Trustee
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 18-22636-TPA
Phyllis J. Haney                                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy                  Page 1 of 1              Date Rcvd: Sep 12, 2019
                             Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db              +Phyllis J. Haney,    199 Blackhawk Road,    Beaver Falls, PA 15010-1292
                +John P. Lacher, Esq.,    960 Penn Avenue, Ste. 1200,    Pittsburgh, PA 15222-3826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through
               Certificates, et al... bkgroup@kmllawgroup.com
              Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,
               aah@muslaw.com;muslawpitt@yahoo.com
              Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
               INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
               lampllaw.co
                                                                                             TOTAL: 15