IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PHYLLIS J. HANEY,

Debtor.

Bankruptcy No. 18-22636-TPA

Chapter 11

Document No.

# MONTHLY OPERATING REPORT OF DEBTOR
# FOR THE PERIOD AUGUST 1 – AUGUST 31, 2019

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Haney, Phyllis J.**

**Case No. 18-22636-TPA**

**Reporting Period:** 8-31-19

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | ✓ |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | ✓ | ✓ |
| Bank Reconciliation | | ✓ | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | ✓ |
| Copies of tax returns filed during reporting period | | NA | NA |
| Summary of Unpaid Postpetition Debts | MOR- 4 | | |
| Debtor Questionnaire | MOR- 5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Phyllis J Haney Estate
Dawnlyn Valli, Executrix
Signature of Debtor

9-18-19
Date

Signature of Joint Debtor

9-18-19
Date

Donna J Campbell
Signature of Preparer

9-18-19
Date

DONNA J CAMPBELL
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Debtor: Haney, Phyllis J.

Period: Case No. 18-22636-TPA
8-31-19

| | AUG | |
|---|---|---|
| **INDIVIDUAL DEBTOR RECEIPTS & DISBURSEMENTS** | **Actual Current Month** | **Cumulative to Date Actual** |
| **Cash Beginnning of Month AUG** | $ 5,206.43 | $ 70,185.62 |
| | | |
| **RECEIPTS** | | $ - |
| Wages (Net) | | $ - |
| **Interest and Dividend Income** | | $ 31.66 |
| Cash on Hand and Account Transfers | | $ 3,641.78 |
| Social Security and Pension Income | | $ 8,033.30 |
| Utility Security Deposit Refund & Health Ins Refund | | $ 6,668.09 |
| **Other Canfield Fair Trailer Lot Reimburse** | | $ 16,357.17 |
| Rent | $ 1,500.00 | $ 88,307.98 |
| Life Insurance Beneficiary (Metropolitan | | $ 2,671.19 |
| **Total Receipts** | $ **1,500.00** | $ 125,711.17 |
| Sale of Livestock | | $ 1,166.55 |
| **TOTAL** | $ **6,706.43** | $ 193,190.06 |
| | | |
| **DISBURSEMENTS** | | $ - |
| **ORDINARY ITEMS:** | | $ - |
| Mortgage Payments | | $ 6,003.79 |
| Rental Payments | | $ - |
| **Other Secured Note Payments** | | $ - |
| Utilities | $ 261.66 | $ 33,568.83 |
| Insurance (Property & Vehicle) | $ 142.16 | $ 5,711.19 |
| Auto Expense (Car Pymt,Parts ) | | $ 6,030.35 |
| Lease Payments | | $ - |
| IRA Contributions | | $ - |
| Repairs & Maintenance (Bldg & Grnds Estate Cleanup) | | $ 12,648.00 |
| Medical Expenses | | $ 6,208.86 |
| Household Expenses | | $ 5,919.87 |
| Rental Expenses | $ 158.87 | $ 2,909.72 |
| Miscellaneous | | $ 632.04 |
| Alimony-Child Support Payments | | $ - |
| Taxes-Real Estate | | $ - |
| Taxes-Inheritance File #04-19-00094 | | $ 2,340.84 |
| Caregivers | | $ 15,391.62 |
| Accounting Fees | | $ 1,825.00 |
| Office Supplies (Postage) | | $ 453.34 |
| Bank and check fees | | $ 558.59 |
| TRANSFER BETWEEN ACCOUNTS | | $ 3,306.63 |
| Other ( Farm and Livestock) | | $ 10,420.08 |
| | | $ 223.07 |
| **Total Ordinary Disbursements** | $ **562.69** | $ 99,569.53 |
| **Total** | | $ 106,921.76 |
| | | |
| **REORGANIZATION ITEMS:** | | $ - |
| Professional Fees (Magistrate for Evictions) | | $ 5,391.30 |
| U S Trustee Fees | $ 650.00 | $ 2,925.00 |
| Other ReorganizationExpenses (attach schedule) | | $ - |
| Total Reorganization Items | | $ 6,625.72 |
| **Total Disbursements (Ordinary + Reorganization)** | $ **1,212.69** | $ 122,468.12 |
| | | $ - |
| | | |
| **Net Cash Flow (Total Receipts- Total Disbursements)** | $ 287.31 | $ 69,388.79 |
| | | $ (5.69) |
| **Cash - End of Month (Must Equal Bank Statement)** | $ 5,493.74 | $ 74,584.41 |

Haney, Phyllis J.

Debtor

**Case No. 18-22636-TPA**

**Reporting Period:** 8-31-19

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Other Income** | See attached | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Taxes** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Ordinary Disbursements** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Reorganization Expenses** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Date | Deposit TTL | SS Income | Rental Income | Other | | | 8/31/2019 |
|---|---|---|---|---|---|---|---|---|
| FIRST NATL | | | | | | | | Case #18-22636-TPA |
| Marshall Rent | | $ 1,500.00 | | $ 1,500.00 | $ - | | | |
| | | $ - | | $ - | | | | |
| | | $ - | | $ - | $ - | | | |
| | | $ - | | $ - | | | | |
| | | $ - | | $ - | $ - | | | |
| | | $ - | | $ - | | | | |
| | | $ - | | $ - | | | | |
| | | $ - | | $ - | | | | |
| | | $ - | | | $ - | | | |
| | | $ 1,500.00 | $ - | $ 1,500.00 | $ - | $ 1,500.00 | ok | |

| AUG 2019 DISBURSEMENTS | | | | | Mortgage | Rent Exp | Taxes | Car | Utilities | Insurance | Cable | Telephone | Groceries | Medical | Farm | Office Supp | Check Chg | Bld & Grnds | CASH ON HA | MISC | 8/31/2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Check No | Date | Amount | Description | | | | | | | | | Household | | | | | | | | Case #18-22636-TPA | |
| FIRST NATIONAL ESTATE [redacted] | | | | | | | | | | | | | | | | | | | | | | |
| Columbia Gas | EPAY | 8/1/2019 | $ 41.07 | Klitch Street Farm | | | | | $ 41.07 | | | | | | | | | | | | | |
| Columbia Gas | EPAY | 8/1/2019 | $ 59.62 | Klitch Street Farm | | | | | $ 59.62 | | | | | | | | | | | | | |
| Penn Power | EPAY | 8/10/2019 | $ 104.84 | Bunkhouse | | | | | $ 104.84 | | | | | | | | | | | | | |
| Penn Power | EPAY | 8/10/2019 | $ 33.46 | Shop & Barn | | | | | $ 33.46 | | | | | | | | | | | | | |
| Penn Power | EPAY | 8/10/2019 | $ 22.67 | 199 Garage | | | | | $ 22.67 | | | | | | | | | | | | | |
| Progressive Insurance | EPAY | 8/10/2019 | $ 142.16 | GMC Acadia | | | | $ 142.16 | | | | | | | | | | | | | | |
| U S Trustee | 1056 | 8/10/2019 | $ 650.00 | Quarterly Fee | | | | | | | | | | | | | | | | $ 650.00 | | |
| Mr. Rooter | 1057 | 8/20/2019 | $ 89.00 | Drain Cleanout | | $ 89.00 | | | | | | | | | | | | | | | | |
| Home Depot | 1058 | 8/23/2019 | $ 69.87 | Knob and Locks | | $ 69.87 | | | | | | | | | | | | | | | | |
| 1ST NATIONAL ESTATE ACCOUNT | | | $ 1,212.69 | | $ - | $158.87 | $ - | $ 142.16 | $ 261.66 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 650.00 | $ 1,212.69 | |
| | | | | | | | | | | | | | | | | | | | | | $ - | |
| 1ST NATIONAL DIP [redacted] | | | | | | | | | | | | | | | | | | | | | | |
| NO ACTIVITY AUG 2019 | | | | | | | | | | | | | | | | | | | | | | |
| | | | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| FIRST NATIONAL [redacted] | | | | | | | | | | | | | | | | | | | | | | |
| NO ACTIVITY AUG 2019 | | | | | | | | | | | | | | | | | | | | | | |
| | | | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| FIRST NATIONAL [redacted] | | | | | | | | | | | | | | | | | | | | | | |
| NO ACTIVITY AUG 2019 | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | Transfer | Rent Exp | Taxes | Car | Utilities | Insurance | Cable | Telephone | Groceries | Medical | Farm | Office Supp | Check Chg | Bld & Grnds | CASH ON HA | Misc | | |

| AUG ACCOUNTS PAYABLE | | | | 8-31-19 Case #18-22636-TPA |
|---|---|---|---|---|
| **Account** | **AUG DUE** | **AMT PAID** | **CK NO** | **PROPERTY DESCRIPTION** |
| Columbia Gas | $ 41.07 | $ 41.07 | EPAY | Klitch Street Farm |
| Columbia Gas | $ 59.62 | $ 59.62 | EPAY | Klitch Street Farm |
| Penn Power | $ 104.84 | $ 104.84 | EPAY | Bunkhouse |
| Penn Power | $ 33.46 | $ 33.46 | EPAY | Shop & Barn |
| Penn Power | $ 22.67 | $ 22.67 | EPAY | 199 Garage |
| Progressive Insurance | $ 142.16 | $ 142.16 | EPAY | GMC Acadia |
| U S Trustee | $ 650.00 | $ 650.00 | | Quarterly Fee |
| | | $ - | | |
| | | $ - | | |
| | | $ - | | |
| | **$ 1,053.82** | **$ 1,053.82** | | |

| BANK & CASH RECONCILIATION | | | | | | |
|---|---|---|---|---|---|---|
| AUG 2019 | | | | | | |
| CURRENT STATEMENT BALANCE | | FNB ESTATE | FNB | FNB | FNB | |
| CURRENT STATEMENT BALANCE | | $ 4,698.13 | $ 573.32 | $ 164.05 | $ 58.24 | |
| ADD DEPOSITS NOT CREDITED | | $ - | $ - | $ - | $ - | |
| SUBTRACT OUTSTANDING CHECKS | | $ - | $ - | $ - | $ - | |
| EPAY COLUMBIA GAS | $ 672.75 | | | | | |
| | $ 672.75 | | | | | |
| | | | | $ - | $ - | |
| | | $ 4,698.13 | $ 573.32 | $ 164.05 | $ 58.24 | |
| | | OK | OK | OK | OK | |
| ENDING BALANCES 7-31-19 | | | | | | $ 5,493.74 |

| 2019 | FNB ESTATE | FNB DIP | FNB | FNB | 8-31-19 Case #18-22636-TPA |
|---|---|---|---|---|---|
| AUG | | | | | |
| Beginning Checking Balance | $4,410.82 | $ 573.32 | $ 164.05 | $ 58.24 | $5,206.43 |
| Deposits | $ 1,500.00 | $ - | $ - | $ - | $1,500.00 |
| Disbursements | $ (1,212.69) | $ - | $ - | $ - | -$1,212.69 |
| Current checking Balance | $ 4,698.13 | $ 573.32 | $ 164.05 | $ 58.24 | |
| | | | | | $5,493.74 |



4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

PHYLLIS F HANEY ESTATE
DAWNLYN VALLI EXECUTRIX
113 ALLISON DR
ELLWOOD CITY PA 16117-4951

## *Statement Ending 08/30/2019*

*PHYLLIS F HANEY ESTATE* — *Page 1 of 4*

*Primary Account Number:*

### *Managing Your Accounts*



Online — www.fnb-online.com



By Phone — 1 800-555-5455

By Mail — 4140 E. State Street, Hermitage, PA 16148

### *Summary of Accounts*

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| ESTATE MANAGEMENT | | $4,698.13 |

## ESTATE MANAGEMENT

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2019 | Balance Last Statement | $4,410.82 |
| | 1 Credit(s) This Period | $1,500.00 |
| | 10 Debit(s) This Period | $1,212.69 |
| 08/30/2019 | Balance This Statement | $4,698.13 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | | | $4,410.82 |
| 08/02/2019 | COLUMBIA GAS PA SERV PYMT | $59.62 | | $4,351.20 |
| 08/02/2019 | BILLPAY-COLGASPA UTIL-PMNT | $39.32 | | $4,311.88 |
| 08/02/2019 | PMNTUS SVC FEE SERVICEFEE | $1.75 | | $4,310.13 |
| 08/13/2019 | FIRSTENERGY OPCO FE ECHECK | $104.84 | | $4,205.29 |
| 08/13/2019 | FIRSTENERGY OPCO FE ECHECK | $33.46 | | $4,171.83 |
| 08/13/2019 | FIRSTENERGY OPCO FE ECHECK | $22.67 | | $4,149.16 |
| 08/14/2019 | PROG SPECIALTY INS PREM POL | $142.16 | | $4,007.00 |
| 08/16/2019 | CHECK # 1056 | $650.00 | | $3,357.00 |
| 08/23/2019 | DEPOSIT | | $1,500.00 | $4,857.00 |
| 08/23/2019 | CHECK # 1057 | $89.00 | | $4,768.00 |
| 08/27/2019 | HOME DEPOT 4148 PURCHASE 1058 BEAVPA | $69.87 | | $4,698.13 |
| 08/30/2019 | Balance This Statement | | | $4,698.13 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1056 | 08/16/2019 | $650.00 | 1057 | 08/23/2019 | $89.00 |



* Indicates skipped check number

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts





4140 E. State Street
Hermitage, PA 16148

## Statement Ending 08/30/2019

P FERGUSON TRANSPORTATION
Page 1 of 2
Primary Account Number:

ADDRESS SERVICE REQUESTED

P FERGUSON TRANSPORTATION CO I
DONNA CAMPBELL
199 BLACKHAWK RD
BEAVER FALLS PA 15010-1292

### Managing Your Accounts

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | | $164.05 |

## FREE SMALL BUSINESS CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | $164.05 | Minimum Balance | $164.05 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $164.05 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $164.05 |
| 08/30/2019 | Balance This Statement | $164.05 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | | | $164.05 |
| | No activity this statement period | | | |
| 08/30/2019 | Balance This Statement | | | $164.05 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

01776 3125596 001777 015553 0001/0001

First National Bank

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

PHYLLIS F HANEY
199 BLACKHAWK RD
BEAVER FALLS PA 15010-1292

## Statement Ending 08/30/2019

PHYLLIS F HANEY

Page 1 of 2

Primary Account Number:

### Managing Your Accounts

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

### Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| MYSTYLE CHECKING | | $573.32 |

## MYSTYLE CHECKING

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | $573.32 | Minimum Balance | $573.32 |
| | 0 Credit(s) This Period | $0.00 | Average Ledger Balance | $573.32 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $573.32 |
| 08/30/2019 | Balance This Statement | $573.32 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2019 | Balance Last Statement | | | $573.32 |
| | No activity this statement period | | | |
| 08/30/2019 | Balance This Statement | | | $573.32 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about FNB's deposit account practices such as our posting order, what is an available balance, and how preauthorized point-of-sale debit card transactions affect your account, please visit the following websites:

- For consumer accounts, click on the Managing Your Checking Account video at www.fnb-online.com/learn
- For business accounts, click on https://www.fnb-online.com/business-overdrafts

35834 3325LLD 015835 033467 0001/0003

Haney, Phyllis J.

Debtor

Case No. 18-22636-TPA

Reporting Period: 8-31-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| NA | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| See attached | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Haney, Phyllis J.

Debtor

Case No. 18-22636-TPA

Reporting Period: 8-31-19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | See attached |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

No Changes since last month

FORM MOR-5
(9/99)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**PHYLLIS J. HANEY,** **Bankruptcy No. 18-22636-TPA**

**Debtor.** **Chapter 11**

**Document No.**

**CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 20th day of September, 2019, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: September 20, 2019

*/s/ Robert O Lampl*

ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com