IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/19 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| PHYLLIS J. HANEY | : | Case No. 18-22636 TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| U.S. BANK NATIONAL | : | |
| ASSOCIATION, as Trustee, | : | |
| Successor in Interest to Washovia | : | |
| Bank, N.A., as Trustee for Park Place | : | |
| Securities, Inc., Asset-Backed | : | |
| Pass-Through Certificates, Series | : | |
| 2004-WWF1 | : | |
| *Movant* | : | Related to Document No. 282 |
| | : | |
| v. | : | |
| | : | |
| PHYLLIS J. HANEY | : | |
| *Respondent* | : | Hearing: October 3, 2019 at 11:30 A.M. |

## ORDER SCHEDULING HEARING

*AND NOW*, this **20th** day of **September, 2019**, an *Affidavit of Default* at Document No. 282 having been filed in the above-captioned proceeding by Specialized Loan Servicing, LLC.;

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for ***October 3, 2019*** at ***11:30 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
  James Warmbrodt, Esq.
  Robert O Lampl, Esq.
  Norma Hildenbrand, Esq.
  Jodi L. Hause

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22636-TPA
Phyllis J. Haney                                                          Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin                    Page 1 of 1              Date Rcvd: Sep 20, 2019
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             +Phyllis J. Haney,    199 Blackhawk Road,    Beaver Falls, PA 15010-1292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through
               Certificates, et al... bkgroup@kmllawgroup.com
              Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,
               aah@muslaw.com;muslawpitt@yahoo.com
              Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
               INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
               lampllaw.co
                                                                                             TOTAL: 15