Case 18-22636-TPA    Doc 291    Filed 10/03/19    Entered 10/03/19 15:23:23    Desc Main
Document    Page 1 of 1

FILED
10/3/19 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22636-TPA |
| Phyllis J. Haney | : | Chapter: 11 |
| *Debtor(s).* | : | Date: 10/3/2019 |
| | : | Time: 11:30 |

### PROCEEDING MEMO

**MATTER:**   #262 Motion for Sale (Debtor)
  #277 Resp. by Beaver Cnty TCB
  *(Posted on EASI on 9/3/19)*

**APPEARANCES:**

Debtor:   Sy Lampl, John Lacher
Myers Equip. Corp.:   Jason Yarbrough
Park Place Securities:   James Warmbrodt

**NOTES:**

Lampl:   One response was filed by Beaver County Tax Claim Bureau, and I received an updated number on the delinquent taxes which were updated on the revised order.

**OUTCOME:**   GRANTED / OE

jlm