FILED
10/3/19 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Case No.:    18-22636-TPA
                                          :
Phyllis J. Haney                          :        Chapter:     11
                                          :
          *Debtor(s).*                    :
                                          :        Date:        10/3/2019
                                          :        Time:        11:30

## PROCEEDING MEMO

**MATTER:**        #282 Affidavit of Default (Park Place Securties)


**APPEARANCES:**

          Debtor:              John Lacher, Sy Lampl
          Myers Equipment
          Corp.:               Jason Yarbrough
          Park Place Sec.:     James Warmbrodt

**NOTES:**


**OUTCOME:**        GRANTED / OE

jlm