Case 18-22636-TPA    Doc 295    Filed 10/04/19    Entered 10/04/19 10:27:21    Desc Main
                              Document      Page 1 of 1

FILED
10/4/19 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22636-TPA |
| Phyllis J. Haney | : | Chapter: 11 |
| *Debtor(s).* | : | Date: 10/3/2019 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**    #251 Cont. Obj. to Claim of Myers Equipment Corp. (Claim No. 24)

**APPEARANCES:**

Debtor:      John Lacher, Sy Lampl
Myers        Jason Yarbrough
Equipment:   James Warmbrodt
Park Place:

**NOTES:**

Yarbrough:   We will defer to the judgment of the Court.

**OUTCOME:**   DENIED as moot/MOE

jlm