Case 18-22636-TPA    Doc 296    Filed 10/04/19    Entered 10/04/19 10:29:10    Desc Main
Document    Page 1 of 1

FILED
10/4/19 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22636-TPA |
| Phyllis J. Haney | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 10/3/2019 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:** #286 Motion for Status Conference to address matters contained in the 5/14/19 Order

**APPEARANCES:**

Debtor: John Lacher, Sy Lampl
U.S. Bank: James Warmbrodt
Myer's: Jason Yarbrough

**NOTES:**

Lacher: I have the broker here today. I believe the property is unique since he has housing developments on each side. It is going to take more time to sell the property. We have $600,000 in unsecured creditors at which $550,000 is Myers Equipment Corp.

**OUTCOME:** Case Dismissed without prejudice.

jlm