FILED
10/3/19 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | |
| PHYLLIS J. HANEY | : BK. No. 18-22636-TPA |
| Debtor | : |
| | : Chapter No. 11 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : |
| TRUSTEE, SUCCESSOR IN INTEREST TO | : Document No. 30 |
| WACHOVIA BANK, N.A., AS TRUSTEE FOR | : |
| PARK PLACE SECURITIES, INC., ASSET- | : Hearing Date: 09/12/2018 |
| BACKED PASS-THROUGH CERTIFICATES, | : |
| SERIES 2004-WWF1 | : Hearing Time: 11:00 AM |
| Movant | : |
| v. | : Objection Date: 08/31/2018 |
| PHYLLIS J. HANEY | : |
| Respondent | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 3rd day of October, 2019, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 535 MCCAUGHTRY RUN ROAD, DARLINGTON, PA 16115 N/K/A 535 MCCAUGHTRY RUN ROAD, DARLINGTON, PA 16115-2027, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_____
THOMAS P. AGRESTI
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Phyllis J. Haney  
    Debtor

Case No. 18-22636-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jmar    Page 1 of 1    Date Rcvd: Oct 03, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2019 03:05:55  
    PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

        Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al  
         bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com  
        Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com  
        J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau  
         colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com  
        J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.  
         colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com  
        J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority  
         colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com  
        James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through  
         Certificates, et al... bkgroup@kmllawgroup.com  
        Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,  
         aah@muslaw.com;muslawpitt@yahoo.com  
        Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR  
         IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED  
         PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al  
         jodi.hause@phelanhallinan.com,  pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.  
         jodi.hause@phelanhallinan.com,  pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN  
         INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED  
         PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com,  pawb@fedphe.com  
        Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,  
         barristerob@gmail.com  
        Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,  
         jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.  
         com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@  
         lampllaw.co  
                                                                                                                             TOTAL: 15