FILED
10/31/19 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PHYLLIS J. HANEY | : | Case No. 18-22636 TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| PHYLLIS J. HANEY | : | |
| *Movant* | : | |
| v. | : | |
| STRASSBURGER, MCKENNA, | : | |
| GUTNICK and GEFSKY, BRADY'S | : | |
| RUN SANITARY AUTHORITY, | : | |
| INTERNAL REVENUE SERVICE, | : | |
| COMMONWEALTH OF PA | : | |
| DEPARTMENT OF REVENUE and | : | |
| BEAVER COUNTY TAX CLAIM | : | |
| BUREAU | : | |
| *Respondents* | : | |

## ORDER

*AND NOW*, this **31st** day of **October, 2019**, in light of the Report of Sale of Real Property filed by Debtor at Document No. 309,

It is hereby **ORDERED, ADJUDGED and DECREED** that the Clerk shall re-close this case in the normal course.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to Serve:
    Robert O Lampl, Esq.
    Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Phyllis J. Haney  
    Debtor

Case No. 18-22636-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Oct 31, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db           +Phyllis J. Haney,    199 Blackhawk Road,    Beaver Falls, PA 15010-1292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
           Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
            bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
           Gary M. Sanderson    on behalf of Creditor    Myers Equipment Corporation gms@muslaw.com
           J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
            colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
           J. Philip Colavincenzo    on behalf of Interested Party    Frye Transportation Group, Inc.
            colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
           J. Philip Colavincenzo    on behalf of Creditor    Beaver Falls Municipal Authority
            colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
           James Warmbrodt    on behalf of Creditor    Park Place Securities, Inc., Asset-Backed Pass-through
            Certificates, et al... bkgroup@kmllawgroup.com
           Jason M. Yarbrough    on behalf of Creditor    Myers Equipment Corporation jmy@muslaw.com,
            aah@muslaw.com;muslawpitt@yahoo.com
           Jerome B. Blank    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
            IN INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
            PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 pawb@fedphe.com
           Jodi L. Hause    on behalf of Creditor    Wells Fargo Bank, N.A, As Trustee Et Al
            jodi.hause@phelanhallinan.com, pawb@fedphe.com
           Jodi L. Hause    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. ET. AL.
            jodi.hause@phelanhallinan.com, pawb@fedphe.com
           Jodi L. Hause    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN
            INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED
            PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 jodi.hause@phelanhallinan.com, pawb@fedphe.com
           Norma Hildenbrand, on Behalf of the United States Trustee by    on behalf of U.S. Trustee
            Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
            barristerob@gmail.com
           Robert O Lampl    on behalf of Debtor Phyllis J. Haney rol@lampllaw.com,
            jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
            com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
            lampllaw.co
                                                                                                       TOTAL: 15